UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-54 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| KATHERINE NEWBY | ) | Magistrate Judge Steger |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 25] recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count Four of the six-count Indictment; (2) accept Defendant's guilty plea to Count Four of the six-count Indictment; (3) adjudicate Defendant guilty of Count Four: Bankruptcy fraud in violation of 18 U.S.C. § 157(3); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 10] pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 25] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to Count Four of the six count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Four of the six count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Four: Bankruptcy fraud in violation of 18 U.S.C. § 157(3); and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 10] until further order of this Court or sentencing in this matter, which is scheduled to take place on **August 22, 2024, at 10:00 a.m. ET** before the undersigned.

**SO ORDERED.**

> */s/ Charles E. Atchley, Jr.*
> **CHARLES E. ATCHLEY, JR.**
> **UNITED STATES DISTRICT JUDGE**